**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 18, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 7112

In the Matter of　　　　　　　　　　　　　　　　Case Number:

KARL MAGNUS vs. FINANCIAL NETWORK
INVESTMENT CORPORATION

JUDGE DOW
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FINANCIAL NETWORK INVESTMENT CORPORATION

| |
|---|
| NAME (Type or print) <br> Jeffery M. Heftman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffery M. Heftman |
| FIRM <br> Vedder, Price, Kaufman & Kammholz, P.C. |
| STREET ADDRESS <br> 222 North LaSalle Street |
| CITY/STATE/ZIP <br> Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6277637 | (312) 609-7772 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐