IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARL MAGNUS,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL NETWORK INVESTMENT CORPORATION, and JOHN DOES 1-10.,<br><br>    Defendants. | No. 07 C 7112<br><br>Judge Dow<br><br>Magistrate Judge Cole |

## FINANCIAL NETWORK INVESTMENT CORPORATION'S MOTION TO DISMISS COUNTS II AND III

Defendant Financial Network Investment Corporation ("FNIC"), by its counsel, hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Counts II and III of Karl Magnus' ("Magnus") Complaint. In support thereof, FNIC submits the accompanying memorandum in support, filed contemporaneously herewith.

Dated: December 26, 2007

Respectfully submitted,

FINANCIAL NETWORK INVESTMENT CORPORATION

By: s/ Jeffery M. Heftman
    One of Its Attorneys

James V. Garvey
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#1726987.1