IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARL MAGNUS,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL NETWORK INVESTMENT CORPORATION, and JOHN DOES 1-10.,<br><br>    Defendants. | No. 07 C 7112<br><br>Judge Dow<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

TO:   Daniel A. Edelman
      Michelle R. Teggelaar
      Julie Clark
      Heather A. Kolbus
      EDELMAN, COMBS,
      LATTURNER & GOODWIN, LLC
      120 S. LaSalle Street, 18th Floor
      Chicago, IL  60603

PLEASE TAKE NOTICE that on Wednesday, January 2, 2007, at 9:15 a.m., the undersigned counsel shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Room 1719 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **DEFENDANT FINANCIAL NETWORK INVESTMENT CORPORATION'S MOTION TO DISMISS COUNTS II AND III** .

Dated:  December 26, 2007

Respectfully submitted,

FINANCIAL NETWORK INVESTMENT CORPORATION


By:/s/Jeffery M. Heftman
          One of Their Attorneys

Diane M. Kehl
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Fax:  (312) 609-5005

CHICAGO/#1730304.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Defendant, Financial Network Investment Corporation's **Motion to Dismiss Counts II and III and Memorandum in Support of Motion to Dismiss** with the Clerk of the Court using the CM/ECF system and have served same on:

>Daniel A. Edelman
>Michelle R. Teggelaar
>Julie Clark
>Heather A. Kolbus
>EDELMAN, COMBS,
>LATTURNER & GOODWIN, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, IL  60603

via electronic service on December 26, 2007.

s/ Jeffery M. Heftman