# EXHIBIT A

Case 1:07-cv-07112   Document 15-2   Filed 12/31/2007   Page 1 of 2

# *Please Join Us!*

*You and your employees are cordially invited to attend the seminar. Please forward invitation so those interested in attending can confirm their attendance.*

---

Please join

**Gayle Mikel**

of

**Financial Network**

for a

Comprehensive Seminar

*"Advantages of Owning Real Estate Investment Trusts"*

featuring

Jon Eastman, Regional Vice President
Wells Real Estate Funds

Tuesday, May 22, 2007
9:00 a.m.

Oak Brook Terrace Tower Center
One Tower Lane
Suite 1700
Oak Brook Terrace, IL 60181
630-928-3765

Breakfast will be served.

Space is limited.

RSVP to Financial Network at 630-928-3765
or e-mail mikelg@financialnetwork.com
by Friday, May 19, 2007