**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KARL MAGNUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 7112 |
| | ) | |
| FINANCIAL NETWORK INVESTMENT | ) | Judge Dow |
| CORPORATION, | ) | |
| and JOHN DOES 1-10, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

**TO**:   Please see Certificate of Service.

**PLEASE TAKE NOTICE** that on December 31, 2007, I caused to be filed with the Clerk of the District Court, Northern District of Illinois, Eastern Division, the following document: **PLAINTIFF'S AMENDED COMPLAINT.**

                                     /s/ Daniel A. Edelman
                                     Daniel A. Edelman


Daniel A. Edelman
Julie Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, certify that on December 31, 2007, I had a copy of **PLAINTIFF'S AMENDED COMPLAINT** filed electronically and served on the following parties:

James Vincent Garvey
jgarvey@vedderprice.com

Jeffrey Michael Heftman
jheftman@vedderprice.com

                                              /s/ Daniel A. Edelman
                                              Daniel A. Edelman