## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Karl Magnus

                                   Plaintiff,

v.                                                            Case No.: 1:07−cv−07112

                                                                     Honorable Robert M. Dow Jr.

Financial Network Investment Corporation, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.: MOTION by Defendant Financial Network Investment Corporation to dismiss Counts I And III [7] is withdrawn. Plaintiff is granted leave to file Amended Complaint [15]. Defendants are given to and including 1/15/08 in which to answer or otherwise plead to Amended Complaint.Status hearing set for 3/4/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.