IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KARL MAGNUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 7112 |
| | ) | |
| FINANCIAL NETWORK INVESTMENT | ) | Judge Dow |
| CORPORATION, and JOHN DOES 1-10, | ) | |
| | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## INITIAL STATUS REPORT

**A.     ATTORNEYS OF RECORD FOR EACH PARTY**

Daniel A. Edelman, Cathleen M. Combs, James O. Latturner and Julie Clark are counsel for Plaintiff Karl Magnus. James V. Garvey and Jeffery M. Heftman are counsel for Defendant Financial Network Investment Corp. Trial attorneys are Daniel Edelman for Plaintiff Magnus, and James V. Garvey and Jeffery M. Heftman for Defendant Financial Network Investment Corp.

**B.     JURISDICTION**

This Court has subject matter jurisdiction under 28 U.S.C. §§1331 and 1367. *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446  (7th Cir. 2005). Personal jurisdiction exists because all of the parties are residents of Illinois.

**C.     NATURE OF CLAIMS ASSERTED**

Plaintiff has alleged that Defendant sent or caused to be sent unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47

1

U.S.C. §227 ("TCPA").

**D.    SERVICE**

Defendant Financial Network Investment Corp. has been served and has appeared through counsel.

**E.    PRINCIPAL LEGAL ISSUES**

The major legal issues are:

  a. Whether the Plaintiff is entitled to relief under the TCPA; and

  b. Whether the requirements of FED.R.CIV.P. 23 are met such that a class should be certified.

**F.    PRINCIPAL FACTUAL ISSUES**

The major factual issues are:

  a. Whether any issues relating to consent or established business relationships with the recipients exist;

  b. how the recipients were determined;

  c. what, if any third parties were involved; and

  d. the damages sustained by Plaintiff and/or the putative class

**G.    JURY DEMAND**

No jury demand has been made at this time.

**H.    DISCOVERY**

  (A) The parties will make initial disclosures under Fed. R. Civ. P. 26(a)(1) by March 17, 2008.

    (B)    The parties shall each serve initial set of written discovery on or before April 3, 2008.

    (C)    Amendments to the pleadings and/or joinder of additional parties are anticipated and may be sought upon appropriate motion by September 5, 2008.

    (D)    All discovery will close on November 21, 2008.

    (E)    Plaintiff's designation of trial expert (if any), as provided in Fed. R. Civ. P. 26(a)(2), shall be due within 30 days after the close of discovery. Defendants' designation of trial expert (if any), as provided in Fed. R. Civ. P. 26(a)(2), shall be due within 60 days after the close of discovery. Depositions of experts shall be completed within 90 days after the close of discovery.

    (F)    Any dispositive motions will be presented within 30 days after the close of discovery, or by December 22, 2008.

    (G)    Any Motion for Class Certification will be presented within 30 days after the close of discovery, or by December 22, 2008.

**I.**    <u>**TRIAL DATE**</u>

The earliest date that the parties would be ready for trial would be March 1, 2009 and the parties believe that a bench trial would take approximately 1-2 days.

**J.**    <u>**CONSENT TO MAGISTRATE**</u>

At this time, the parties do not unanimously consent to proceed before the Magistrate Judge.

**K.**    <u>**STATUS OF SETTLEMENT DISCUSSIONS**</u>

Plaintiff has presented a settlement demand which is currently under consideration by Defendant.

L.  **SETTLEMENT CONFERENCE**

    The parties do request a settlement conference.


   s/ Julie Clark                                       s/ Jeffery Heftman

| *Counsel for Plaintiff* | *Counsel for Defendant* |
|---|---|
| Daniel A. Edelman | James Vincent Garvey |
| Julie Clark | Jeffery Michael Heftman |
| EDELMAN, COMBS, LATTURNER | Vedder Price, P.C |
|     & GOODWIN, LLC | 222 North LaSalle Street |
| 120 S. LaSalle Street, 18th floor | Chicago, IL 60601 |
| Chicago, Illinois 60603 | (312) 609-7500 |
| (312) 739-4200 | (312) 609-5005 (FAX) |
| (312) 419-0379 (FAX) | |