## **CERTIFICATE OF SERVICE**

      I, Julie Clark, certify that on March 3, 2008, I had a copy of **INITIAL STATUS REPORT** filed electronically and served on the following parties:

James Vincent Garvey
jgarvey@vedderprice.com

Jeffrey Michael Heftman
jheftman@vedderprice.com

                                      /s/ Julie Clark
                                      Julie Clark