## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Karl Magnus

                                        Plaintiff,

v.                                                                                                  Case No.: 1:07−cv−07112

                                                                                                 Honorable Robert M. Dow Jr.

Financial Network Investment Corporation, et al.

                                        Defendant.

### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Jeffrey Cole for the purpose of holding proceedings related to: settlement conference.(tbk, )Mailed notice.

Dated: March 4, 2008

                                                                           /s/ Robert M. Dow Jr.

                                                                         United States District Judge