## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Karl Magnus

                                                  Plaintiff,

v.                                                                               Case No.: 1:07−cv−07112

                                                                                Honorable Robert M. Dow Jr.

Financial Network Investment Corporation, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

      MINUTE entry before Judge Robert M. Dow Jr.:Status hearing held on 3/4/2008. The parties to make initial disclosures under Fed.R.Civ.P. 26(a)(l) by 3/17/08. The parties shall each serve initial set of written discovery on or before 4/3/08. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 9/5/08. All discovery will close on 11/21/08. Plaintiff's designation of trial expert shall be due within 30 days after the close of discovery. Defendants' designation of trial expert shall be due within 60 days after the close of discovery. Depositions of experts shall be completed within 90 days after the close of discovery. Any dispositive motions to be presented within 30 days after the close of discovery, or by 12/22/08. Any Motion for Class Certification to be presented within 30 days after the close of discovery, or by 12/22/08.Status hearing set for 9/3/2008 at 09:00 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.