IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARL MAGNUS<br><br>  Plaintiff,<br><br>v.<br><br>FINANCIAL NETWORK INVESTMENT CORPORATION, and JOHN DOES 1-10.,<br><br>  Defendants. | No. 07 C 7112<br><br>Judge Dow<br><br>Magistrate Judge Cole |

**AGREED RULE 29 STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S FIRST SET OF REQUESTS TO ADMIT**

The undersigned parties, by their respective counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure 29(b) and 34(c) that the time for Defendant Financial Network Investment Corporation to respond to Plaintiff Karl Magnus' First Set of Requests to Admit is hereby extended up to and including May 19, 2008.

s/Jeffery M. Heftman_____
James V. Garvey
Jeffery M. Heftman
VEDDER PRICE, P.C.
222 N. LaSalle, Suite 2400
Chicago, Illinois 60601
Telephone:  (312) 609-7500
Telecopy:  (312) 609-5005

**Counsel for Defendant Financial Network Investment Corporation**

s/Julie Clark_____
Daniel A. Edelman
Michelle R. Teggelaar
Julie Clark
Heather A. Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603

**Counsel for Plaintiff Karl Magnus**

CHICAGO/#1780507.1