IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KARL MAGNUS<br><br>          Plaintiff,<br><br>v.<br><br>FINANCIAL NETWORK INVESTMENT CORPORATION, and JOHN DOES 1-10.,<br><br>          Defendants. | No. 07 C 7112<br><br>Judge Dow<br><br>Magistrate Judge Cole |

### NOTICE OF FILING

To:   Daniel A. Edelman
       Michelle R. Teggelaar
       Julie Clark
       Heather A. Kolbus
       EDELMAN, COMBS, LATTURNER &
       GOODWIN, LLC
       120 S. LaSalle St., 18th Floor
       Chicago, IL 60603

       PLEASE TAKE NOTICE, on May 2, 2008, there was filed the attached **Agreed Rule 29 Stipulation to Extend Time to Answer Plaintiff's First Set of Requests to Admit**, a copy of which is herewith served upon you.

                                        Financial Network Investment Corporation


                                        By: s/Jeffery M. Heftman_____
                                            One of Its Attorneys

James V. Garvey
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2400
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
jgarvey@vedderprice.com
jheftman@vedderprice.com

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of the foregoing **Notice of Filing** and **Agreed Order of Dismissal**, were served on

>Daniel A. Edelman
>Michelle R. Teggelaar
>Julie Clark
>Heather A. Kolbus
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL 60603

by electronic means on May 2, 2008.

s/Jeffery M. Heftman_____