**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Karl Magnus

                               Plaintiff,

v.
                                          Case No.:
                                          1:07−cv−07112
                                          Honorable Robert
                                          M. Dow Jr.

Financial Network Investment Corporation, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

       MINUTE entry before the Honorable Jeffrey Cole:Magistrate Judge Status hearing held. Settlement Conference set for 7/28/2008 at 03:00 PM. The parties are directed to submit a new settlement demand and offer and to conduct a face to face settlement conference as outlined in open court. The parties are directed to refer to my "Instructions for Settlement Conference", found on "www.ilnd.uscourts.gov" and comply with its directives before appearing at the settlement conference. Parties with authority to settle must be present at the conference. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to chambers by no later than 4 calendar days before the conference. Non−compliance with the 4−day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4−day Rule may necessitate cancellation of the conference.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.