# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7112 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Magnus vs. Financial Network Investment Corp., et al. | | |

**DOCKET ENTRY TEXT**

Parties notified chambers they have a settlement in principle. Settlement conference scheduled for 7/28/08 at 3:00 p.m. is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|